SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Home Depot U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ISRAEL LOPEZ,<br><br>             Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., and DOES 1-20, inclusive,<br><br>             Defendants. | Case No.: 2:18-cv-02047-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, 6-2, and 7-1, Defendant Home Depot U.S.A., Inc. ("Defendant") and Plaintiff Israel Lopez ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for Defendant to file its responsive pleading to Plaintiff's First Amended Compliant ("FAC"). Plaintiff's FAC was filed on June 27, 2019. (ECF No. 28.) Defendant's response is currently due on July 11, 2019.

The parties have been engaged in settlement discussions on this matter and require more time to determine whether resolution is possible. In order to ensure that no deadlines are missed, the parties are requesting a thirty (30) extension of time for Defendant to respond to the FAC. The

1

parties have agreed that Defendant will have up to and including August 12, 2019 (as the 30th day is Saturday, August 10, 2019) to respond.

This stipulation is not brought for the purposes of delay or any other improper purpose.

Dated this ___ day of July, 2019.

| | |
|---|---|
| FREIMAN LEGAL | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Lawrence W. Freiman<br>Lawrence W. Freiman<br>100 Wilshire Blvd.<br>Suite 700<br>Santa Monica, CA 90401<br>*Attorneys for Plaintiff Israel Lopez* | /s/ Amy L. Howard<br>Suzanne L. Martin<br>Amy L. Howard<br>3800 Howard Hughes Parkway, Suite 1500<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Home Depot U.S.A., Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

7/10/2019
DATED

39188634.1

2