SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Home Depot U.S.A., Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ISRAEL LOPEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-02047-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Defendant Home Depot U.S.A., Inc. ("Defendant") and Plaintiff Israel Lopez ("Plaintiff"), by and through their undersigned counsel, hereby stipulate that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

//

//

//

//

//

1

Each party is to bear their own attorneys' fees and costs.

Dated this 15th day of August, 2019.

| FREIMAN LEGAL | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/   Lawrence W. Freiman | /s/   Amy L. Howard |
| Lawrence W. Freiman | Suzanne L. Martin |
| 100 Wilshire Blvd. | Amy L. Howard |
| Suite 700 | 3800 Howard Hughes Parkway, Suite 1500 |
| Santa Monica, CA  90401 | Las Vegas, NV  89169 |
| *Attorneys for Plaintiff Israel Lopez* | *Attorneys for Defendant Home Depot U.S.A., Inc.* |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

Dated: August 15, 2019.

39165624.1